UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCHULTZ CHAN, et al.<br><br>Defendant. | Criminal No. 16-10268-IT-DLC |

### NOTICE PURSUANT TO 18 U.S.C. § 3142

The government respectfully submits this notice, pursuant to 18 U.S.C. § 3142, to advise the Court of communications received from defendant Schultz Chan.

At a hearing on July 7, 2017, the Court admonished the defendant concerning inappropriate voicemail messages the defendant had left for his Probation officer and statements concerning the government. Dkt. 102. At a hearing on July 20, 2017, the Court reiterated its admonition and strongly warned the defendant that he must comply with the conditions of his release. Dkt. 109.

On August 3, 2017, the government received an email from the defendant, attached hereto as Exhibit A, purporting to "report prosecutorial misconducts" [sic], making allegations of "more lies and frauds," and purporting to cite case law concerning the "liability" of law enforcement officials for constitutional violations committed by other law enforcement officials. The government provides this information to the Court pursuant to 18 U.S.C. § 3142(f)(2)(B) as information that may have a material bearing on whether there are conditions of release that will reasonably assure the appearance of the defendant and the safety of any other person and the community.

2

                Respectfully submitted,

                WILLIAM D. WEINREB
                Acting United States Attorney

By:   */s/ Stephen E. Frank*
       Stephen E. Frank
       Jordi de Llano
       Assistant United States Attorneys

Dated:  August 4, 2017

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 4, 2017

                */s/ Stephen E. Frank*
                Stephen E. Frank