**De Llano Campos, Jordi (USAMA)**

| | |
|---|---|
| **From:** | Jason Chan <​█████@gmail.com> |
| **Sent:** | Thursday, August 03, 2017 4:25 PM |
| **To:** | De Llano Campos, Jordi (USAMA) |
| **Subject:** | report prosecutorial misconducts |

Dear Jordi,

I noted that you are the new prosecutor for my case (1:16-CR-10268-IT), and you probably have noted a lot prosecutorial misconducts (lies and frauds) in my case.

I reported some of the misconducts to Carmen Ortiz on December 15, 2016, since then, more lies and frauds have been committed.

I would like to end my message with a legal opinion from the second circuit.

The duty to intercede has been expressed broadly by the Second Circuit: "An officer who fails to intercede is liable for the preventable harm caused by the actions of the other officers where that officer observes or has reason to know ... that any constitutional violation has been committed by a law enforcement official." *Anderson,* 17 F.3d at 557.
"It is widely recognized that all law enforcement officials have an affirmative duty to intervene to protect the constitutional rights of citizens from infringement by other law enforcement officers in their presence.... In order for liability to attach, there must have been a realistic opportunity to intervene to prevent the harm from occurring." Anderson v. Branen, 17 F.3d 552, 557 (2d Cir.1994).
Sincerely,

Schultz Chan