UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| v. | ) | Crim. No. 16-10268-IT |
|  | ) | |
| SCHULTZ CHAN | ) | |
|     a.k.a. Jason Chan, | ) | |
| and | ) | |
| SONGJIANG WANG, | ) | |
|  | ) | |
|     Defendants. | ) | |

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The United States and the defendants submit this joint memorandum addressing the issues set out in Local Rule 116.5(c). The parties respectfully request that the case be transferred to the District Court in order to resolve pretrial motions and schedule a trial date, as set forth below.

1. Status of Discovery

The government has produced automatic discovery and additional materials. On August 4, 2017, the government produced approximately 26,000 pages of documents that the government recently received. The defendants are reviewing these materials. The government does not anticipate producing additional discovery at this time.

2. Timing of Any Additional Discovery Requests and Motions

The Court has taken the defendants' joint motion for discovery of FINRA materials, Dkt. 88, under advisement. Counsel for Defendant Chan has requested that the government produce statements made to law enforcement agents by his spouse. The government has declined this request. Chan expects to file a discovery motion within the next seven days. There are no other discovery requests pending, and while the defendants reserve their right to seek additional

discovery pending the review of the materials recently received, no additional requests are currently contemplated.

3. Pre-Trial Motions Under Fed. R. Crim. P. 12(b)

The Court has previously ordered that pre-trial motions shall be filed by August 17, 2017. In light of the additional discovery recently produced and other scheduling issues, the parties respectfully request that the motion schedule be adjusted, with pre-trial motions due on October 20, 2017, and the government's response due on November 10, 2017.

4. Excludable Delay

The parties jointly ask the Court to exclude the time from August 17, 2017 until the date of the first pretrial conference, under 18 U.S.C. §3161(h)(7)(A), because the parties need time to continue to review discovery in this case and prepare any pre-trial motions. The ends of justice served by this exclusion outweigh the interests of the public and the defendants in a speedy trial.

5. Status of Plea Discussions and Estimated Length of Trial

There are no plea discussions at this time. The case is expected to go to trial. If required, the parties estimate that trial will last approximately two weeks.

Respectfully Submitted,

| WILLIAM D. WEINREB | | SCHULTZ CHAN |
| Acting United States Attorney | | Defendant |

By: */s/ Stephen E. Frank*  By: */s/ Peter C. Horstmann*
Stephen E. Frank          Peter C. Horstmann
Jordi de Llano            Counsel to Schultz Chan
Assistant U.S. Attorneys

SONJIANG WANG
Defendant

By: */s/ Elliot M. Weinstein*
Elliot M. Weinstein
Dated: August 11, 2017                        Counsel to Sonjiang Wang

CERTIFICATE OF SERVICE

    I certify that on August 11, 2017 this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                         /s/ Stephen E. Frank
                                                         Stephen E. Frank