

# Memorandum

To: The Honorable Donald L. Cabell, U.S. Magistrate Judge

From: Justin Prophet, U.S. Probation Officer

CC: Stephen Frank, AUSA; Peter Horstmann, Counsel for the Defendant

Date: August 28, 2017

RE: Schultz Chan, Dkt: 1:16-cr-10268-IT-1

**Report of Non-Compliance**

The purpose of this memorandum is to advise the Court that the above-captioned individual has violated a condition of release, in that he: (a) failed to report to Pretrial Services (at minimum) once per week at the discretion of Pretrial and for the report to involve an exchange where Pretrial is made to understand exactly where the defendant is located.

As the Court is aware, Mr. Chan has been charged with Securities Fraud, in violation of 15 U.S.C. § 78j(b). He was arrested on 6/14/16 and made his Initial Appearance before Your Honor and was released later that day on a $250,000 secured bond along with restrictive conditions. On 7/7/17, the Court amended these restrictions to include a requirement that he report to Pretrial Services (at minimum) once per week at the discretion of Pretrial and for the report to involve an exchange where Pretrial is made to understand exactly where the defendant is located. The Court left the mechanism to Pretrial's discretion.

On 7/20/2017, this officer provided Mr. Chan with verbal and written reporting instructions. These instructions directed Mr. Chan to contact this officer via telephone each Tuesday between the hours of 8:30 a.m. and 12:00 p.m., and report in person, and sign in on the provided sheet, to the U.S. Probation Office in Boston, MA each Friday between the hours of 8:30 a.m. and 12:00 p.m., unless directed otherwise.

On 8/25/2017, via text message to this officer, Mr. Chan indicated that his landlord's car was blocking the driveway, that the landlord left the building, and Mr. Chan could not move his car. This officer advised Mr. Chan of the requirement to report to the office and instructed Mr. Chan to find alternative transportation. Mr. Chan indicated that he did not know an alternative way and failed to report to the office as required.

At this time, this officer respectfully requests no action from the Court regarding this non-compliance. This letter serves as a notification of this issue. If Mr. Chan continues to fail to report as required, this officer will request a hearing with Your Honor.

Approved and Reviewed by:

Jeffrey R. Smith
/s/ Jeffrey R. Smith
Supervising United States Probation Officer

1

- Page 2