## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SCHULTZ CHAN, et al.<br><br>Defendant. | Criminal No. 16-10268-IT |

## MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE FOR DEFENDANT SCHULTZ CHAN

**CABELL, U.S.M.J.**

Presently, one of defendant Chan's conditions of release includes the requirement that he submit to supervision by and report for supervision to the U.S. Probation/Pretrial Office ("Pretrial") at Pretrial's discretion. In practice, the defendant has been reporting to Pretrial twice per week, once on Tuesdays, between 8:30 AM and 12:30 PM, typically by telephone, and once on Fridays, in person, between 8:30 AM and 12:30 PM, at Pretrial's offices in Boston.

*Effectively immediately*, the Court is modifying this condition to require that each report take place in person. Accordingly, the defendant is now required to report to Pretrial in person on Tuesdays and Fridays, between 8:30 AM and 12:30 PM.

*So Ordered.*

/s/ Donald L. Cabell
DONALD L. CABELL
United States Magistrate Judge

DATED: September 11, 2017