UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCHULTZ CHAN, a/k/a JASON CHAN,<br><br>Defendant. | Case No. 1:16-CR-10268-001-IT |

## ORDER

Pursuant to 28 U.S.C. § 2044, and the inherent powers of this Court, it is hereby ordered that:

1. The Clerk of the Court shall hold the cash deposited with the Registry of the Court in the sum of $30,000.00, including any and all accrued interest (the "Funds") in the Clerk's Office Registry interest-bearing account until such time as the United States Attorney's Office notifies the Clerk that it has been two weeks since the resolution of Defendant Chan's appeal of the restitution order.

2. Upon such notification, the Clerk of the Court shall apply the Funds towards the Defendant's outstanding criminal monetary obligations. Specifically, pursuant to 18 U.S.C. § 3612(c), the Funds held by the Registry of Court shall first be applied in the following order: (i) to the special assessment, (ii) to restitution, and (iii) to all other fines, penalties, costs, and other payments required under the sentence.

9/30/2019
DATED:

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE