FILED
IN CLERKS OFFICE

**UNITED STATES DISTRICT COURT**

2021 MAR 15  AM 10: 45
**DISTRICT OF MASSACHUSETTS**

U.S. DISTRICT COURT Civil No. 21-10192-IT
DISTRICT OF MASS.

### Schultz Chan,

### Petitioner

### v.

### United States of America,

### Respondent

**MOTION TO OPPOSE GOVERNMENT'S MOTION OF WAIVER ATTORNET-CLIENT PRIVILEGE**

Due to the change of mailing address, I just received the government's motion the other day.  Sorry for the delay in replying this motion.

Petitioner, Schultz Chan, ("Chan"), and hereby moves this Court to deny government's motion.  In support thereof, Chan states the following:

1. The ineffective assistance of counsel is a separate issue, all the matters in petitioner's 2255 motion can be resolved based on the records, there is no need for waving the attorney-client privilege.  For example,

   A.  For tampering with exculpatory evidences (the Akebia email from Karen Annis to Jason Chan on August 21, 2015, at 3:10 pm, and Akebia response to SEC request #1), it can be easily resolved by checking the documents and records provided by Akebia to SEC and U. S. attorney's office.
   B.  For presenting perjured testimonies to the grand jury to bias against defendants, this can be easily dealt with by disclosing the grand jury minutes and corresponding exhibits, defendants can identify the perjured testimonies.

2. For prosecutorial misconducts (including, but not limited to, perjuries to the grand jury and tampering with evidences) in this case, multiple notices were given to the government:

   A.  On December 15, 2016, Chan sent an email to Ortiz (former U. S. Attorney) to report prosecutorial misconducts.
   B.  On June 8, 2017, Chan left a voice mail at U. S. Probation Office, Frank played the voice mail at a court hearing on July 7, 2017.
   C.  On August, 3, 2017, Chan sent an email to de Llano (ECF #110), reported prosecutorial misconducts.
   D.  On March 15, 2018, Chan sent another email to de Llano, stating that, inter alia, he believed perjured testimonies were presented to the grand jury.

E.  On April 12, 2018, Chan sent another email to de Llano, asking him to provide the requested evidences.

F.  On November 6, 2020, Chan sent an email to Basil, asking him to disclose exculpatory evidences to the Court of Appeals and defendants, and to report prosecutorial misconducts to the Court of Appeals.

For these reasons, Chan respectfully requests that the Court to deny the Government's motion.

Respectfully submitted,

SCHULTZ CHAN

*S. Chan*                  Date: 3/10/2021

Schultz Chan

34 Michelangelo

San Antonio, TX 78258