UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>          Plaintiff,          )<br>                                              )<br>     v.                                       )<br>                                              )<br>SHULTZ CHAN, and                   )<br>SONGJIANG WANG              )<br>          Defendant.          )  | Criminal No.   16-10268-IT |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of David G. Lazarus, Assistant United States Attorney, as Counsel for the United States of America in the above-captioned case.

                                              Respectfully submitted,

                                              NATHANIEL R. MENDELL
                                              Acting United States Attorney,


                              By:     */s/ David G. Lazarus*
                                              DAVID G. LAZARUS
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3100
Dated: November 5, 2021          david.lazarus2@usdoj.gov