UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCHULTZ CHAN, a/k/a Jason Chan,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA | )<br>)<br>)  1:16-cr-10268-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE BY PETITIONER AND FINDING THAT FORMER COUNSEL IS PERMITTED TO SPEAK WITH THE GOVERNMENT WITHOUT BREACH OF PRIVILEGE

TALWANI, D.J.

The Court, upon motion of the government, hereby makes the following findings:

The Petitioner, having claimed ineffective assistance of counsel, has waived his attorney-client privilege with respect to communications with his attorney necessary to prove or disprove those claims.

The Court further finds:

Based upon the existence of the implied, if not explicit, waiver of the privilege, the Court advises prior counsel that there will not be a breach of any privilege should counsel either submit to an interview or submit an affidavit detailing the communications that relate to the specific issues raised in the Petitioner's petition.

The government shall respond to the 2255 Petition by no later than December 17, 2021.

Date: 11/17/2021

Hon. Indira Talwani
United States District Judge